UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 17-CR-00053-GFVT                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                    PLAINTIFF,

VS.                          REQUEST FOR DISCOVERY

WERNER GRENTZ,                                              DEFENDANT.

** ** **

Comes now the Defendant, Werner Grentz, by and through the undersigned

counsel, pursuant to Federal Rule of Criminal Procedure 16(a), and hereby requests

discovery from the government as follows:

1.  The substance of any relevant oral statement made by the Defendant in

response to interrogation by a person the Defendant knew was a government agent if the

government intends to use the statement at trial.

2.  Any relevant written or recorded statement by the Defendant within the

government's possession, custody, or control.

3.  The portion of any written record containing the substance of any relevant oral

statement by the Defendant in response to interrogation by a person the Defendant knew

was a government agent.

4.  The Defendant's recorded testimony before a grand jury relating to the charged

offense.

5.  The Defendant's prior criminal record.

6.  The opportunity to inspect and copy or photograph all books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items within the government's possession, custody, or control, and which:

(a) is material to preparing the defense;

(b) the government intends to use in its case-in-chief at trial; or

(c) was obtained from or belongs to the Defendant.

7.  The opportunity to inspect and copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment within the government's possession, custody, or control which is material to preparing the defense or which the government intends to use in its case-in-chief at trial.

8.  A written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rule of Evidence during its case-in-chief at trial, describing the witness's opinions, the basis and reasons for those opinions, and the witness's qualifications.

Respectfully Submitted,

s/David S. Hoskins
DAVID S. HOSKINS
HOSKINS, HILL & HILL, PLLC
400 South Main Street
P.O. Box 1185
Corbin, KY 40702-1185
Telephone: (606) 528-7181
Facsimile: (606) 528-7183
Email:  hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
WERNER GRENTZ

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 1st day of November, 2017, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
WERNER GRENTZ