UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 17-CR-00053-GFVT                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                PLAINTIFF,


VS.                    MOTION TO CONTINUE TRIAL


WERNER GRENTZ,                                           DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, by counsel, and moves the Court to continue the trial of this case now scheduled to begin February 5, 2018. Defendant requests that the trial be continued for an additional thirty (30) days. As grounds for this motion, counsel states that the additional time is needed to educate the Defendant as to the issues that would be presented at trial. Counsel and the Defendant have spent many hours discussing the Defendant's rather unusual theories of law. The Defendant has raised many interesting questions which have required an unusual amount of research by counsel for the Defendant.

For purposes of the Speedy Trial Act, the Defendant submits that the delay caused by the requested continuance is excludable under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by granting the request outweigh the best interest of the public and the Defendant in a speedy trial. The Defendant further submits that failure to grant the

requested continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence as contemplated by 18 U.S.C. §3161(h)(7)(B)(iv) .

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
DAVID S. HOSKINS
HOSKINS, HILL & HILL, PLLC
400 South Main Street
P.O. Box 1185
Corbin, Kentucky 40702-1185
Telephone: (606) 528-7181
Fax: (606) 528-7183
E-mail: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
WERNER GRENTZ

CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of January, 2018, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
WERNER GRENTZ