UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 17-CR-00053-GFVT                           ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                        PLAINTIFF,


VS.            REPLY TO UNITED STATES' RESPONSE
                       TO MOTION TO CONTINUE


WERNER GRENTZ,                                                   DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Werner Grentz, and for his Reply to the United States' Response to Motion to Continue, states that the penultimate paragraph of the government's Response identifies exactly why the requested continuance is required. A case may be complex for reasons other than those set out in the government's Response. Here, the Defendant has raised many questions, some of which, no doubt, involve issues that cannot be raised during the trial. The Defendant is entitled, however, to sufficient time for his attorney to address every reasonable question he has regarding his case.

The Motion to Continue was not filed for purposes of delay. Counsel is confident that the additional thirty days will be sufficient to address Mr. Grentz's concerns.

Respectfully Submitted,

s/David S. Hoskins
DAVID S. HOSKINS
HOSKINS, HILL & HILL, PLLC
400 South Main Street
P.O. Box 1185
Corbin, Kentucky 40702-1185
Telephone: (606) 528-7181
Fax: (606) 528-7183
E-mail: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
WERNER GRENTZ

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of January, 2018, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
WERNER GRENTZ