# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 6:17-CR-53-GFVT-HAI**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  **MOTION TO STRIKE** | |
| WERNER GRENTZ | DEFENDANT |

\* \* \* \* \*

The United States moves that R. 26-2 and R. 26-3 be struck from the record because they were incompletely redacted.

The United States will refile properly redacted versions of R. 26-2 and R. 26-3.

    Respectfully submitted,

    ROBERT M. DUNCAN, JR.
    UNITED STATES ATTORNEY

By:   s/ Neeraj K. Gupta
    Assistant United States Attorney
    260 W. Vine Street, Suite 300
    Lexington, Kentucky  40507-1612
    (859) 685-4843
    Neeraj.Gupta@usdoj.gov

## CERTIFICATE OF SERVICE

On January 24, 2018, I electronically filed this document through the ECF system.

    s/ Neeraj Gupta
    Assistant United States Attorney