UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 17-CR-00053-GFVT                           ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                           PLAINTIFF,

VS.            MOTION TO MODIFY CONDITIONS OF RELEASE

WERNER GRENTZ,                                      DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Werner Grentz, by counsel, and moves the Court to modify his conditions of release so as to allow him to travel from his home in London, Kentucky, to Chattanooga, Tennessee, on March 31, 2018, leaving at approximately 5:00 p.m., and returning to his home at approximately 7:00 p.m., on April 2, 2018, to attend his mother-in-law's birthday celebration.  The Defendant proposes to stay at the home of his mother-in-law, Marlene Ringer, in Chattanooga, Tennessee.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
DAVID S. HOSKINS
HOSKINS, HILL & HILL, PLLC
400 South Main Street
P.O. Box 1185
Corbin, Kentucky 40702-1185
Telephone: (606) 528-7181
Fax: (606) 528-7183
E-mail: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
WERNER GRENTZ

CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of March, 2018, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

    s/David S. Hoskins
    COUNSEL FOR DEFENDANT
    WERNER GRENTZ