# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**CRIMINAL ACTION NO. 6:17-CR-53-GFVT**

**UNITED STATES OF AMERICA**

**V.**          **UNITED STATES' SENTENCING MEMORANDUM**

**WERNER GRENTZ**

\* \* \* \* \*

Grentz was convicted at trial of five counts of filing fraudulent tax returns and one count of obstruction of the internal revenue laws.  [R. 42:  Verdict at 171-74.]  Grentz objects to his PSR, maintaining that he is innocent of Counts 4 and 5.  [PSR at 28.]  The United States does not object to the PSR, which finds Grentz's guidelines imprisonment range to be 33-41 months.  [PSR ¶ 87.]  The United requests that Grentz be sentenced to 36 months imprisonment.

 A sentence of 36 months is appropriate "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense."  18 U.S.C. § 3553(a)(2)(A).  Grentz has no respect for the law and only manipulates it for his advantage.  In 2013, he pleaded guilty to tax evasion and agreed to pay restitution for 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, and 2010; to disclose requested financial information; and to correctly file tax returns in 2011 and 2012.  [R. 40:  Plea Agreement at 162-64 (6:12-cr-12-GFVT).]  He then refused to provide the requested financial information to the Probation Officer (who was attacked by a dog on

one of his visits to Grentz's home); reported the Probation Officer to the police; served the Probation Officer with a "Legal Notice and Demand" forbidding the Probation Office from entering Grentz's property; and failed to appear for a required Court appearance. [PSR ¶ 33.]

Grentz later filed false tax returns for 2011, 2012, 2013, 2014, and 2015; mailed threatening letters to an IRS Revenue Officer, the Laurel County Clerk, and the Pike County Clerk; and submitted claims to their insurers that those clerks had caused him monetary damages.  [PSR ¶¶ 5-8.]  Except when it is to his advantage, like calling the police or collecting social security income, Grentz claims that he is a nonresident alien to whom the rules don't apply.  [PSR ¶ 72.]  Grentz has refused to pay his taxes since 1998. Grentz's sentence of imprisonment must communicate that defendants cannot break plea agreements and violate release conditions, that there are consequences for violating federal crimes and obstructing justice, and that no one is above the law.

A sentence of 36 months is appropriate "to afford adequate deterrence to criminal conduct."  18 U.S.C. § 3553(a)(2)(B).  As Grentz knows, the IRS cannot audit every tax return, but has an honor code tax system trusting taxpayers to honestly file their taxes. The IRS also does not have the resources to identify and prosecute every individual taxpayer who makes false claims in their tax returns.  Tax fraud can only be deterred by giving notice of a severe punishment to the cheats who are caught, investigated, and prosecuted.  This deterrence will actually be undermined if the weight of the potential punishment is inadequate compared to the risk-adjusted rewards of tax fraud.  Here,

between 2011 and 2015, Grentz avoided paying $237,860 in taxes, not including the $900,068 in back taxes promised in his plea agreement. [PSR ¶¶ 4, 6.] Therefore, Grentz's sentence of imprisonment must be severe enough to deter other taxpayers' temptation to commit this sometimes-undetectable federal crime.

Deterrence is particularly important where the same defendant commits the same crime twice. [PSR ¶ 33.] Grentz's guidelines sentence following his 2013 guilty plea was 30-37 months imprisonment; he was given a large downward variance and a sentence of 18 months. [R. 43: Judgment at 169 (6:12-cr-12-GFVT).] This mercy was wasted. In 2014, Grentz filed a motion under 18 U.S.C. § 2255 claiming he was innocent and had been improperly advised by his defense attorney. [R. 47: Motion at 187 (6:12-cr-12-GFVT).] In 2015 and 2016, Grentz included this same claim of innocence within five additional tax filings falsely reporting $720,154 of income as zero. [PSR ¶ 5-6.] He is a recidivist who has never acknowledged that he is subject to the laws of the United States. Grentz was must be given a sentence long enough to specifically deter him from committing this crime a third time.

For the reasons set forth above, the United States recommends a guidelines sentence of 36 months.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:    s/ Neeraj K. Gupta
       Assistant United States Attorney
       260 West Vine Street
       Lexington, Kentucky  40507-1612
       (859) 685-4843
       neeraj.gupta@usdoj.gov


<u>CERTIFICATE OF SERVICE</u>

On August 20, 2018, I electronically filed this document through the ECF system.

s/ Neeraj Gupta
Assistant United States Attorney