UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

CASE NO. 17-CR-00053-GFVT                                   ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                               PLAINTIFF,


VS.        MOTION TO PERMIT DEFENDANT TO TRAVEL
           <u>OUTSIDE OF THE EASTERN DISTRICT OF KENTUCKY</u>


WERNER GRENTZ,                                                          DEFENDANT.

\*\* \*\* \*\*

Comes now the Defendant, Werner Grentz, by counsel, and moves the Court to permit him to travel from his home in London, Kentucky, to Niles, Michigan, on August 31, 2018, leaving at approximately 6:00 a.m., and returning to his home at approximately 10:00 p.m., on September 2, 2018, to attend his aunt's funeral at the Seventh Day Adventist Church in Holland, Michigan on September 1, 2018.  The Defendant proposes to stay at the home of his sister and brother-in-law, Christine and Floyd "Bud" Robbins, at 2519 Juniper, Niles, Michigan 49120.

WHEREFORE, an Order in conformity herewith is respectfully requested.

Respectfully Submitted,

s/David S. Hoskins
DAVID S. HOSKINS
400 South Main Street
P.O. Box 1185
Corbin, Kentucky 40702-1185
Telephone: (606) 526-9009
Fax: (606) 528-7183
E-mail: hoskinslaw@bellsouth.net
COUNSEL FOR DEFENDANT
WERNER GRENTZ

CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of August, 2018, the foregoing was filed electronically with the Clerk of the Court by using CM/ECF System which will send notice of filing to all counsel of record.

s/David S. Hoskins
COUNSEL FOR DEFENDANT
WERNER GRENTZ