Eastern District of Kentucky
FILED

MAR 01 2022

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

CRIMINAL NO.: 6:17-CR-053-GFVT-01

UNITED STATES OF AMERICA                                           PLAINTIFF

**ORDER**

vs.

WERNER GRENTZ                                                      DEFENDANT

\* \* \* \* \*

The Court, having reviewed the defendant's financial condition, having considered the recommendation of the Probation Office, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that, in accordance with the Judgment and Commitment Order previously entered in this case, the defendant shall make monthly restitution payments in the amount of $50 during the period of supervision, which are payable to the United States District Court Clerk's Office for the Eastern District of Kentucky at London. The first such payment shall be made no less than 30 days following entry of this Order and payments shall continue thereafter until the defendant has fully satisfied the restitution amount, including any interest that might otherwise be applicable, as is set out in the Judgment and Commitment Order. Pursuant to Title 18 U.S.C. § 3612, the Attorney General shall be responsible for collection of an unpaid fine or restitution obligation. Pursuant to Title 18 U.S.C. § 3613, the United States may enforce a judgment imposing a fine or restitution order in accordance with the practices and procedures for the enforcement of a civil judgment under Federal law or State law.

On this 1st Day of March, 2022.

Honorable Gregory F. Van Tatenhove
United States District Judge