## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
### Office of the Clerk

Robert R. Carr  
Clerk of Court

David Hunter  
Chief Deputy Clerk



310 South Main Street  
London, KY 40741

PH: 606-877-7910

March 10, 2022

**NOTICE OF EXHIBIT DESTRUCTION**

RE: London Criminal Case No. 6:17-53-GFVT  
*United States of America v. Werner Grentz*

    Our records reveal that exhibits were introduced into evidence by the parties, in the above captioned case. If you wish these exhibits returned to you, please pick them up at the Clerk's Office, United States Courthouse, London, Kentucky, during normal business hours. If someone other than yourself is to collect the exhibits, please have them present some form of authorization signed by you.

    **FAILURE TO RESPOND WITHIN TWO WEEKS OF THE DATE OF THIS NOTICE WILL RESULT IN THE DESTRUCTION OF THESE EXHIBITS**, pursuant to Local Rule 55.2(c). Should you not require the return of these records, no correspondence from your office is necessary. If you have any questions regarding this matter, please feel free to contact this office.

**NO FURTHER NOTICE WILL BE ISSUED**

        Sincerely,

        ROBERT R. CARR,  
        CLERK OF COURT  
        By:   <u>Kim Allen</u>  
                  Deputy Clerk